# Exhibit A



## TABLE OF CONTENTS

Article 1 - Definitions ... 1
Article 2 - Recognition ... 1
Article 3 - Union Security ... 1
Article 4 - Checkoff ... 1
Article 5 - No Reduction ... 2
Article 6 - General Terms ... 2
Article 7 - Grievance and Arbitration ... 2
Article 8 - No Strike/No Lockout ... 4
Article 9 - Holidays ... 5
Article 10 - Hours of Work ... 5
Article 11 - Jury Duty ... 6
Article 12 - Uniforms ... 7
Article 13 - Seniority ... 7
Article 14 - Discipline and Discharge ... 8
Article 15 - Vacations ... 8
Article 16 - Leaves of Absence ... 9
Article 17 - Bereavement Leave ... 9
Article 18 - Job Classification & Wage Rates ... 10
Article 19 - Health and Safety ... 10
Article 20 - Workers' Compensation ... 11
Article 21 - Health and Welfare ... 11
Article 22 - Pension Benefits/401k Plan ... 11
Article 23 - Sick Days ... 12
Article 24 - Management Rights ... 12
Article 25 - Substance Abuse ... 12
Article 26 - Complete Agreement ... 13
Article 27 - Governmental Interference Reopener ... 14
Article 28 - Privacy Rights ... 14
Article 29 - Duration of Agreement ... 14
Appendix A - Wage Rates ... 15
Appendix B - Modifications ... 16
... 17

## MASTER PARKING AGREEMENT

THIS AGREEMENT, made and entered into as of the 1st day of June 2015, is by and between United Parking Employers Council and its members, hereinafter referred to as the "UPEC" or the "Company," and California Teamsters Public, Professional & Medical Employees Union, Local 911, affiliated with the International Brotherhood of Teamsters, hereinafter referred to as the "Union."

### ARTICLE 1 - DEFINITION

A. "Employee" or "Employees" is defined as all employees of the Company employed in Los Angeles County, whether employed full-time or part-time, working within the classifications set forth in the pay schedules, excluding office and clerical employees, guards and supervisory employees as defined by the National Labor Relations Act, as amended, and all other employees.

B. Full-Time and Part-Time Employees. Full-time employees are defined as those employees who are regularly scheduled to work forty (40) hours per week. Part-time employees are defined as those employees who are regularly scheduled to work less than forty (40) hours per week. Part-time employees shall receive benefits on a pro-rata basis as provided herein.

### ARTICLE 2 - RECOGNITION

The Company recognizes the Union as the exclusive representative for all employees as defined above for the purpose of collective bargaining.

### ARTICLE 3 - UNION SECURITY

A. Union Membership. All employees covered by this Agreement and all employees subsequently hired must become and remain members of the Union in good standing after thirty-one (31) days of date of hire, or date of execution of this Agreement, whichever is later, as a condition of employment.

B. Probationary Period. All employees will be considered as temporary employees during a probationary period which extends to the first ninety (90) calendar days of their employment. A temporary employee will not acquire rights of seniority for reemployment if laid off or discharged. During this period, the Company may discharge a temporary employee for any reason in its discretion, and such termination shall not be subject to the grievance and arbitration procedure of this Agreement. When the probationary period has been completed, the employee will be placed on the seniority list, retroactive to the date of hire.

C. Notice Provision. The Union agrees that written notice shall be given to the Company at least seventy-two (72) hours before any employee is to be removed from his/her employment by reason of his/her failure to maintain his/her membership in good standing in the Union.

D.     Union Visits. It is agreed that a Representative of the Union shall be admitted reasonable access to the premises of the Company to transact business in the interests of the Union, provided the Union Representative announces his/her presence to the Company upon arrival. The Union Representative shall avoid any interference with normal business operations and shall confine contact with employees to non-work time in non-work areas. If the particular business that the Union Representative wishes to transact cannot be conducted consistent with the foregoing, the parties shall schedule visitation on a mutually convenient basis. It is agreed that a Union Representative will be permitted to park without charge at a Company's parking location covered by this Agreement when making a visit in accordance with the terms of this provision.

## ARTICLE 4 - CHECKOFF

A.     Dues Deductions. The Company shall deduct from the first paycheck of each month, and turn over to the Union within fourteen (14) days, the dues and/or initiation fees of such members of the Union as authorized in compliance with the National Labor Relations Act of 1947.

B.     Indemnification Clause. The Union shall indemnify, defend and save the Company harmless against any and all claims, demands, suits or other forms of liability that shall arise out of or by reason of any action taken or not taken by the Company for the purpose of complying with any provisions of this Article, or in reliance on any list, notice or assignment furnished by the Union.

C.     Failure to Forward. In the event the Company has deducted dues from an employee's earnings, and has not remitted those funds to the Union, the Union shall retain the right to apply economic recourse. If the Company fails to make the correct union deductions after 31 days of employment, the Company will be responsible for reimbursing Teamsters Local 911 for all of the union dues that are not correctly deducted from the employee. The employee will not be responsible for the delinquent union dues.

## ARTICLE 5 - NO REDUCTION

The Company agrees that no employee who, prior to the date of this Agreement, was receiving more than the hourly rate of wages designated in this Agreement shall suffer a reduction in such hourly rate of wages through the operation of or by virtue of the adoption of this Agreement.

## ARTICLE 6 - GENERAL TERMS

A.     Shop Stewards. The Company agrees to recognize Shop Stewards designated by the Union. The shop stewards will be released once a year with pay for a one day shop steward training seminar. The Union will inform the Company at least fifteen (15) days prior to its steward seminar.

If the Union fails to give at least 15 days notice the employee will be released without pay. If a shop steward is selected as a Trustee of Teamsters Local 911, the shop steward will be released once a month without pay to attend the Executive Board Meeting of Teamsters Local 911 which occurs normally on the third Wednesday of each month. If there is any change in the date of the Executive Board Meeting, the union will inform the facility manager at least fifteen (15) days in advance.

B. Union Information. The Company shall provide a bulletin board at mutually agreeable specific locations which will be made available where possible to the Union to post notices and for all other Union purposes.

C. Non-Discrimination. The Company shall not discriminate against any employee by reason of his/her membership or his/her activities in the Union.

D. Accident Liability

1. The Company and the Union agree that an accident resulting in $5,000 or more damage shall constitute just cause for immediate discharge, provided the employee is at fault. In the case of vehicle or any other property damage caused by negligence, the employee can be charged the actual amount of loss or damage, not to exceed one hundred dollars ($100.00) per incident;

2. The Company and the Union agree that two accidents resulting in less than $5,000 damage in an eighteen (18) month period shall constitute just cause for immediate discharge, provided the employee is at fault.

E. Paycheck Inspection. The Union shall have the right to inspect the paycheck of any employee covered by this Agreement after the same has been returned to the Company by the bank if such employee does not receive an itemized check stub.

F. Subcontracting. The Company shall not subcontract vehicular parking tasks normally performed by unit employees without Union approval. Nothing in the foregoing shall be deemed to limit the Company's right to subcontract any other work, including without limitation, washing, cleaning and detailing, without Union approval.

G. Acquired Locations. If a UPEC member acquires a location from another UPEC member and the acquiring company does not retain an employee or employees of the former UPEC Company, the acquiring company will make a good faith effort to contact the Union. If employee(s) is retained by the acquiring UPEC Company, the employee(s) will suffer no loss of wages or benefits and will retain seniority within the location but will be subject to a ninety (90) day probationary period.

H. New Location. The Employer shall notify the Union, via email, on a standard electronic form provided by the Union, of the name and address of any new Union location the Employer obtains, within five (5) days of its acquisition of such location. Such notice shall include the number of employees to be used on the location by classification, and wage rates and hours employed.

- 3 -

I. Courtesy. The Union and the Employer agree that courtesy in day to day communications between employees and supervisors and managers of the Employer should always be present in Employer-Employee relationships. The Union and Employer agree that employees and supervisors and managers should treat each other with dignity and respect.

J. Notice to Union of Layoffs. In the event the Employer desires to lay-off any employee or employees or reduce staffing, the Employer will, whenever practicable, contact the Union before any action is taken on the proposed lay-off.

K. Termination of Employer's Services. The Employer shall furnish to the Union, via email, on a standard electronic form provided by the Union, the name and address of any location covered by this Agreement where the Employer's services have been terminated, together with the name of each employee at the location.

L. Living Wage Ordinances. This Contract shall supersede the "Living Wage Ordinances" of the cities within of Los Angeles County and Los Angeles County.

## ARTICLE 7 - GRIEVANCE AND ARBITRATION

A. Grievance Procedure.

1. A grievance shall be defined as a dispute over the interpretation or implementation of any of the terms of this Agreement. If a grievance arises, the employee and/or shop steward and/or Business Representative shall take the matter up with the employee's supervisor within ten (10) working days of the occurrence giving rise to the grievance or reasonable knowledge of the occurrence and every effort shall be made to reach a satisfactory solution. If no satisfactory solution can be reached, the Business Representative or other duly authorized representative of the Union shall reduce the grievance to writing and shall take the matter up with the Company and the Executive Director of the UPEC. If the Business Representative of the Union and the Company cannot reach a satisfactory Agreement within ten (10) days, either party may refer the matter to a disinterested arbitrator approved by both parties.

2. If the parties cannot agree on an arbitrator within seven (7) working days, either party may invoke the procedures of the Federal Mediation and Conciliation Service. The fees of the arbitrator shall be borne equally by the Union and the Company.

3. The time limits of this procedure may be extended by the parties only upon mutual written agreement. The failure of the Employee or the Union to process the grievance within the time limits set forth above shall result in the grievance being withdrawn. Unless otherwise agreed to by the Union and the Employer, discharge grievances shall be subject to a bench decision by the arbitrator after the grievance has been heard.

- 4 -

B. <mark>Authority of Arbitrator.</mark> The decision of the arbitrator shall be final and binding. The arbitrator may not add to, subtract from, modify or amend any of the terms of this Agreement.

### ARTICLE 8 - NO STRIKE/NO LOCKOUT

A. "No Strike" Provisions. The Union agrees that during the term of this Agreement or any extension thereof, there shall, without any exception whatsoever, be no strikes, slowdowns, sitdowns, picketing, sympathy strikes or work stoppages of any kind. The Union will indemnify and save the Company harmless from any and all damages or injuries caused by the violation of this Article, except where the Union did not instigate, authorize, condone or participate in any conduct prohibited by this Article; provided further, that in the event the Union did not instigate, authorize, condone or participate in conduct prohibited by this Article, it shall indemnify and save the Company harmless from any and all damages or injuries caused by the violation of this Article, if it fails to take prompt action to terminate such prohibited conduct.

B. No Lockout Provision. The Company agrees that there shall be no lockouts during the term of this Agreement.

### ARTICLE 9 - HOLIDAYS

A. Holidays Observed. Employees who have completed six (6) months of employment shall be entitled to the following paid holidays:

| | |
|---|---|
| New Year's Day | Thanksgiving Day |
| Memorial Day | Day After Thanksgiving |
| July Fourth | Christmas Day |
| Labor Day | Employee's Birthday |

The preceding holidays shall be paid to eligible full-time employees on the basis of the hours they are normally scheduled to work on that day. When a full-time employee is paid for a holiday not worked, that day shall be considered as time worked for the purpose of computing overtime.

B. "Weekend" Holidays. When a holiday falls on Saturday, at the option of the Company, it shall be observed on the preceding Friday or an additional day's pay shall be granted to each employee in lieu thereof. When a holiday falls on Sunday, the following Monday shall be observed as same.

C. Holiday Work. Employees required to work any of the foregoing holidays shall receive, in addition to their regular holiday pay, their regular rate of pay for the first eight (8) hours worked and time and one-half (1-1/2) for all hours worked thereafter.

D. Holiday Closures. When an employee is denied access to his/her job location because is it closed due to a holiday that is not recognized in this Union Agreement, the employee shall receive the day with pay.

- 5 -

When a holiday not recognized in the Union agreement occurs, the facility is closed, and the members are allowed access to the facility, the Company will offer its employees the option of taking the day off without pay on a voluntary basis. Employees that wish to work will report to work and perform any duties that are required at the garage.

E. Part-time Employees hired prior to June 1, 2009. Employees who work ninety (90) hours per month or less shall not be eligible for paid holidays when not worked. Part-time employees who are eligible for holiday pay shall be paid on the basis of hours normally worked.

F. Part-time Employees hired after June 1, 2009 will not be entitled to holiday pay if the day is not worked.

## ARTICLE 10 - HOURS OF WORK

A. Workweek Definition. The Company shall be free to fix the hours of employment, provided that a normal work week for each full-time employee shall consist of forty (40) hours, five (5) days of eight (8) hours each. Variations in scheduling may be instituted to meet conditions beyond the control of the Company. All time worked in excess of eight (8) hours per work day or forty (40) hours per work week shall be considered overtime and shall be paid for at the rate of time and one-half (1-1/2) the employee's regular hourly rate of pay.

B. Overtime Distribution. Overtime shall be distributed as equitably as practical among employees in the respective classifications.

C. Days Off. Each employee shall be scheduled off work for two (2) consecutive days each week, unless it is mutually agreed otherwise.

D. Recall to Work. Employees who have been excused from work at the end of a regular shift, and who are recalled from home, and employees who are called into work on one of their regularly scheduled days off, shall receive a minimum of four (4) hours work or pay in lieu thereof at the applicable overtime rate.

E. Minimum Overtime Entitlement. Employees required to work in excess of eight (8) hours in any work day shall receive a minimum of one-half (1/2) hour of pay at the overtime rate regardless of the time worked.

F. Ten-Hour Day Alternative. The Company may, with Union approval, schedule the employee for a guaranteed minimum of forty (40) hours per week based upon four (4) ten (10) hour days at the employee's regular straight time hourly rate of pay.

G. Double Time Provision. All hours worked in excess of twelve (12) hours in a work day will be paid at the legal rate of two (2) times the employee's regular hourly rate of pay.

H. Show-Up Pay. Any employee who reports to work on his or her assigned shift without previous notification not to so report, shall be provided with a minimum of four (4) hours of work or four (4) hours pay at the employee's regular straight time hourly rate of pay.

Employees that show up for a mandatory company meeting on their day off, shall be provided with a minimum of four (4) hours of pay.

Employees that are required to stay after their regular eight (8) hours of work to attend a mandatory company meeting, shall be provided with pay for the time that the meeting lasts.

I. Breaks. All employees are entitled to two (2) paid ten (10) minute breaks and one (1) thirty (30) minute unpaid lunch break in each eight (8) hour shift. At the request of the Employer, the Employer and employee may mutually agree in writing to waive the thirty (30) minute lunch period, and the employee shall be compensated for the thirty (30) minutes.

### ARTICLE 11 - JURY DUTY

Any employee who is required to report for jury service on the day during which he/she is scheduled to work shall be paid one-half (1/2) the difference between the amount received for jury service and the amount he/she would have earned working a regular day at his/her straight time rate.

### ARTICLE 12 - UNIFORMS

A. Issuance of Uniforms. When the Company requires uniforms to be worn on the job, it shall furnish such uniforms at no cost to the employee but may charge a maximum deposit as set forth below:

1. Employees hired prior to August 1, 1994, may be charged a maximum deposit of one hundred dollars ($100.00) and may, in addition to the deposit, have up to a maximum of one hundred fifty dollars ($150.00) deducted from their final paycheck for failure to return uniforms upon separation. Such deduction shall be based upon the value of the uniforms not returned in accordance with a uniform schedule established by the Company and approved by the Union.

2. Employees hired on or after August 1, 1994, may be charged a maximum deposit of two hundred fifty dollars ($250.00).

3. Employees hired on or after June 1, 2001 may be charged two hundred and fifty dollars ($250.00) or the cost of the uniforms, whichever is less.

4. Employees hired on or after June 1, 2009 may be charged a maximum deposit of one hundred fifty dollars ($150.00) and may, in addition to the deposit, have up to a maximum of two hundred fifty ($250.00) deducted from their final paycheck for failure to return uniforms upon separation. Such deduction shall be based upon

-7-

      the value of the uniforms not returned in accordance with a uniform schedule established by the Company and approved by the Union.

B.   Responsibility for Uniforms. Employees shall be financially responsible, and subject to payroll deduction upon terminating employment with the Company, for uniforms which are lost, stolen, altered, not returned or damaged, reasonable wear and tear excepted.

C.   Maintaining Uniforms. Employees who are responsible for cleaning and maintaining their uniforms shall be paid an additional sixteen cents ($0.16) per hour.

## ARTICLE 13 - SENIORITY

A.   Seniority Defined. Seniority shall be based on the anniversary date of employment or at the location of employment, whichever is longer, for all employees covered by this Agreement.

B.   Applicability of Seniority. In the event of a scheduling conflict with vacations, preference shall be given to the senior employee. In the case of layoffs, reductions in staff, filling a position in the garage and transfers, seniority shall prevail where merit, skill and ability are relatively equal.

C.   Loss of Location. If a UPEC member loses a location, the Company will place employees who are not retained by the acquiring company and who are to be laid off into open slots at other company locations; however, the employees affected shall not have the right to displace another employee.

D.   Lay-off Accrual. Any employee on lay-off shall continue to accrue his/her seniority for a period of ninety (90) days.

E.   Part-time Employees. Part-time employees shall be entitled to seniority protection only as it relates to other part-time employees.

F.   Transferred Employees. Employees who are transferred from one Union location to another Union location on a permanent basis shall not have the right to bid for an open position for the first twelve (12) months of working at such location.

## ARTICLE 14 - DISCIPLINE AND DISCHARGE

A.   Authority to Discipline. The Company shall have the right to discipline and discharge employees for just cause. The Company shall notify the Union in writing of the reasons for the termination. Such notification shall be immediately sent via fax or a hard copy mailed within forty-eight (48) hours after the termination.

B.   Reasons for Discipline. Reasons which constitute just cause for immediate discharge include without limitations: ticket manipulation; possession, use, sale, distribution or being under the influence of drugs or alcohol on the job; theft; fighting; possession or use of weapons; and gross neglect of duties.

C.  Disciplinary Notices. A copy of all disciplinary notices shall be given to the employee at the time of the discipline. All disciplinary notices that have been in the employee's file for eighteen (18) months or longer shall be removed from the employee's file.

D.  Warning Notices. Warning notices shall not be carried over to any new Employer.

### ARTICLE 15 - VACATIONS

A.  Vacation Entitlements. All employees now or hereafter employed shall receive vacation with pay each year, in accordance with the schedule herein.

B.  Vacation Entitlement Computation. Employees who have been employed for one (1) year or more shall receive five (5) working days of vacation pay per year; for three (3) years or more shall receive ten (10) working days of vacation pay per year; for seven (7) years or more shall receive fifteen (15) working days of vacation pay per year; for ten (10) years or more shall receive twenty (20) working days of vacation pay per year. All employees shall receive their vacation paycheck on the payday immediately preceding their anniversary date.

C.  Vacation Accrual. Vacations are to be determined on the basis of actual service, except that no vacation credit will be lost for absences of thirty (30) days or less.

D.  Part-Time Employees. Part-time employees shall accrue vacation pay on a pro-rata basis.

### ARTICLE 16 - LEAVES OF ABSENCE

A.  Personal Leave of Absence. An employee who has been employed at least five (5) months by the Company or at the location, whichever is greater, may request an unpaid leave of absence of up to thirty (30) calendar days. The Company will grant the leave of absence if good cause is shown. A leave of absence may be extended upon mutual Agreement by the employee and the Company. After returning from a leave of absence, the employee will be returned to the same or substantially similar job provided circumstances have not changed to make such reinstatement impossible or impractical in the Company's judgment. During a leave of absence extending for one (1) month or more, the employee shall be responsible for paying for health and welfare insurance.

   1.  Maximum Entitlement. An employee shall not be granted any more than one (1) personal leave of absence in any twelve (12) month period.

   2.  Misuse of Personal Leave. A personal leave of absence for anything other than the stated reason made by the employee at the time the request was granted by the Company shall be cause for disciplinary action.

B.  Family Medical Leave Act. Notwithstanding any other provisions of this Article, the Employer shall provide unpaid leaves of absence and maintain benefits during such leaves


in conformity with the California Family Rights Act of 1993 which appears at Section 129452 of the California Government Code, and the Family Medical Leave Act of 1993 and any amendments to either. Pursuant to said statutes, the Employer shall grant to each employee who has completed one (1) year of service and has worked one thousand, two hundred fifty hours (1,250) in the year preceding the leave, leave for the birth or adoption of a child or placement of a child for foster care, or for the care of a parent similarly situated or a spouse.

Leave shall also be granted for an employee's own serious health conditions, including pregnancy related disabilities. The duration of leave under this paragraph shall be up to twelve (12) weeks during a one (1) year period. The Employer may, at its discretion, require or permit an employee taking leave under this section to substitute for such leave accrued, but untaken vacation time. Intermittent leave shall also be allowed for the care of a spouse, parent or child subject to appropriate medical certification.

Employees who qualify for leave pursuant to this section and return within the time specified shall not lose any seniority and be assigned to the position which they occupied at the time of taking leave or a comparable position, providing such position exits. Any employee seeking reinstatement following a leave taken pursuant to this section shall have no greater rights to a position than if the employee had been continuously employed during the period of the leave.

Employees who qualify for leave under this section shall continue to be covered by the medical plan set forth in Article 19 for the duration of said leave; provided, however, that In the event that the employee does not return at the end of the leave period the Employer may recover the cost of said premiums from the employee.

### ARTICLE 17 - BEREAVEMENT LEAVE

All employees shall be granted a paid bereavement upon request when such leave is due to a death in the employee's immediate family, to a maximum of three (3) days. The employee may also use up to five (5) days of accrued vacation leave.

The immediate family shall be defined as follows:

1. Father and Mother
2. Brother(s) and Sister(s)
3. Husband or Wife
4. Son(s) and Daughter(s)

Documentation of relationship and death may be required.

### ARTICLE 18 - JOB CLASSIFICATION & WAGE RATES

A. Rates of Pay. The rates of pay for all employees covered by the Agreement shall be as set forth in Appendix "A" attached hereto and made a part of the Agreement.

B. **Employment in Different Classifications.** Any employee who performs work in more than one classification shall be compensated for the full time he/she works in each classification at the rate stated for such classification, provided that as long as an employee is paid the amount of his/her regularly established and classified wage scale, he/she would, in an emergency, for an unlimited time, be permitted to perform duties other than regular and established classified duties.

C. **Higher Classification Work.** A full-time employee assigned to work in a higher classification for a minimum of thirty (30) days or more shall receive the rate for the higher classification and promotion thereto.

D. **Supervisor Work.** Supervisors shall not perform hourly rate work, except for purposes of instruction or where hourly employees are not available, or bona fide emergencies.

E. **Payroll Procedures.** Wages shall be paid in accordance with the Company's regular payroll procedures. The Company will give the Union fifteen (15) days advance notice of any change in its payroll procedures.

F. **Contract Modifications.** The Union agrees that certain contract modifications may be negotiated through the UPEC for the reasons listed in Appendix "B."

## ARTICLE 19 - HEALTH AND SAFETY

The Company shall make reasonable provisions for the safety and health of its employees during the hours of their employment.

## ARTICLE 20 - WORKERS' COMPENSATION

The Employer will not unreasonably refuse to pay for the balance of an employee's shift on the day of an industrial injury or industrial illness.

## ARTICLE 21 - HEALTH AND WELFARE

A. **Insurance Eligibility.** The Company agrees to provide eligible full-time employees with union sponsored health and welfare coverage (Medical Benefits, Dental Benefits and Life Insurance). A full-time employee who has completed ninety (90) days of continuous service shall receive such health and welfare coverage for the employee and dependents.

The Company agrees to provide eligible part-time employees with union sponsored health and welfare coverage (Medical Benefits, Dental Benefits, Life Insurance). A part-time employee who has completed ninety (90) days of continuous service and who regularly works thirty (30) hours or more per week or one hundred thirty (130) hours or more per month shall receive such health and welfare coverage for the employee only.

B. Effective July 1, 2015, the Company shall pay the cost to a maximum of $530.00 for employee only coverage and $980.00 for family coverage, of providing union sponsored

health and welfare benefits (Medical Benefits, Dental Benefits, Life Insurance). The Employer shall pay any increase in the premium to a maximum of 12% each July 1 of each year of the contract.

C. If the premiums increase above the established caps, the employee will be responsible for paying the amount above the cap which shall be deducted through payroll deductions.

D. The employees have the right to make changes to the health and welfare benefits without affecting the employer's contribution.

E. Employees who elect to opt out of insurance coverage and who provide proof of insurance will be allowed to opt out and will be paid the following monthly payment – Single $100.00, Family $150.00. Employees who elect to opt out of insurance coverage will, at a later date, be eligible to re-enroll during the annual enrollment period (June of each year).

F. Part-time employees hired before June 1, 2009 will be eligible for family coverage in accordance to the current agreement that expires on May 30, 2009.

## ARTICLE 22 - PENSION BENEFITS/401k PLAN

Effective July 1, 2015, the Employer shall contribute to the Teamsters Supplemental Income 401k Plan for each employee contributing towards the 401k plan the flat amount of $25 per month. The Company shall be responsible for paying the monthly administrative fees of $1.50 per month per employee that is participating in the plan.

The employees will pay the $2.50 quarterly participant fees.

The employee must contribute at least $40 per pay period to be eligible for the employer contribution of $25 per month

## ARTICLE 23 – SICK DAYS

Effective July 1, 2015, the Company will provide three (3) paid sick leave to employees in accordance with the requirements of the California Healthy Workplaces, Healthy Families Act of 2014 (Assembly Bill 1522).

Effective June 1, 2016, the Company will provide one (1) more sick day for a total of 4 sick days per year.

Effective June 1, 2018, the Company will provide one (1) more sick day for a total of 5 sick days per year.

## ARTICLE 24 - MANAGEMENT RIGHTS

A. <u>Enumeration of Management Prerogatives</u>. The Company has the sole and exclusive

- 12 -

right to manage the affairs of the business, to determine the products, services, methods and schedules of operations, the type of equipment and establish rules for the direction of the employees of the Company. Such rights shall include, but are not limited to: the right to maintain discipline of employees; to promulgate reasonable rules or regulations; to determine and revise the duties for the various classifications of employees; to promote, demote or transfer employees under the terms of this Agreement; to determine the amount of work needed; and to layoff because of lack of work.

B. "Obey First - Grieve Later". An employee who is directed to perform a particular duty by the Company is required to obey that direction, instruction or order. If an employee desires to contest the justness or appropriateness of such direction, instruction or order, the provisions of the grievance procedure in Article 7 hereof shall be followed. In no case shall an employee refuse to perform any duty, not contrary to law. Should an employee refuse to perform any duty, not contrary to law, he/she shall be subject to discipline, suspension and/or discharge by the Company.

C. Most Favored Nations Clause. Local 911 agrees that if, during the life of this Agreement, it grants any other employer in the Parking Industry in Los Angeles County any better terms and/or conditions than those set forth in this Agreement, such better terms and/or conditions shall be made available immediately to all firms under this Agreement and the Union shall immediately notify UPEC of any such better terms and/or conditions. This Most Favored Nations Clause only applies to commercial properties.

## ARTICLE 25 - SUBSTANCE ABUSE

A. Testing Provisions. When the Company's highest representative on duty has a "reasonable suspicion" that an employee is under the influence of alcohol or drugs, the Company may require the employee immediately to go to a qualified medical facility to provide both urine and blood specimens for the purpose of testing and to receive a fitness for work examination by a licensed physician.

B. Reasonable Suspicion. Reasonable Suspicion means suspicion based on specific personal observation that the Company's representative can describe concerning the appearance, behavior, speech or breath odor of the employee. The Union shall immediately be made aware of any situation concerning substance abuse and testing of any employee covered by this Agreement.

C. Confirmation of Results, Discipline. An employee whose test results are confirmed as positive shall be subject to discipline up to and including discharge. An employee who refuses to submit to testing under this Article will be subject to immediate discharge.

D. Rehabilitation Option. An employee may request an unpaid leave of absence in lieu of discharge to attend a rehabilitation program to seek a cure for alcoholism or drug abuse pursuant to Article 16 of this Agreement.

## ARTICLE 26 - COMPLETE AGREEMENT

A. "Zipper" Clause. The parties hereby acknowledge and affirm that, during the negotiations which led to this Agreement, each of them had the unlimited right and opportunity to formulate demands and proposals with respect to all subjects or matters not excluded by law from the collective bargaining area and that all decisions and covenants reached by them through the use of such rights and opportunities appear in this Agreement and any appendices and side letters hereto.

Any duty to negotiate concerning any such subjects is hereby waived by the Company and the Union for the term of this Agreement. However, nothing in this clause precludes the parties from making changes in this Agreement by mutual consent upon written request by one party and written acceptance by the other party.

B. Waivers. The waiver by either party of any provision or requirement of this Agreement shall not be deemed a waiver of such provision or requirement for the future or in the past, and shall not constitute a modification of this Agreement unless such provision or requirement is reduced to writing and signed by the parties to this Agreement. An arbitrator shall have no authority to determine or consider that this provision has been waived.

## ARTICLE 27 - GOVERNMENTAL INTERFERENCE RE-OPENER

In the event that any federal, state or local legislative body or administrative agency enacts any law or regulation which interferes with the Company's operations, the Company shall have the right to reopen this Agreement to negotiate with the Union for modifications in the terms hereof. During such period of reopener, all of the provisions of this Agreement which are not the subject of negotiations shall remain in full force and effect.

## ARTICLE 28 - PRIVACY RIGHTS

A. The Employer shall reinstate any employee who is absent from work due to court or agency proceedings relating to immigration matters and who returns to work within fifteen (15) working days of commencement of the absence.

B. Notwithstanding any other provision herein, an employee may not be discharged or otherwise disciplined because:

1. The employee (hired on or before November 6, 1986) has been working under a name or social security number other than their own.

2. The employee (hired on or before November 6, 1986) requests to amend his/her employment record to reflect his/her actual name or social security number.

## ARTICLE 29- DURATION OF AGREEMENT

This Agreement shall remain in full force and effect from June 1, 2015, to and including May 31, 2020, and from year to year thereafter, unless either party gives notice of desire to terminate or reopen the Agreement on June 1, 2020, or any subsequent yearly term for the purpose of amending certain provisions therein. Such notice shall be in writing and shall be given at least sixty (60) days prior to June 1, 2020, or any subsequent anniversary.

If neither of the parties give notice to terminate or reopen the agreement, the entire contract shall remain in effect for another year on a year to year basis, until one of the parties gives notice to terminate or reopen this agreement, under the condition that in this circumstance every June 1 of the extension of the agreement the employees shall receive a $0.35 increase across the board, plus every July 1 of the extension of the agreement the employers shall pay any increase in the health and welfare premiums up to a maximum of 12% per year.

IN WITNESS WHEREOF the parties hereto have executed this Agreement effective the day and year first above written.

UNITED PARKING EMPLOYERS
COUNCIL
ABM
Hodes Parking
Parking Concepts, Inc.
SPPlus
Empire Transportation

_____
Parking Concepts, Inc.
Dated: June 3, 2015

_____
Dated: 6/10/15

_____
Dated: 6/2/15

_____
Dated: 6-3-2015

CALIFORNIA TEAMSTERS PUBLIC
PROFESSIONAL AND MEDICAL
EMPLOYEES, LOCAL 911

_____
Dated: 6-3-15

- 15 -

## APPENDIX A - WAGE RATES

1.    Wage Rates. Attendants and maintenance employees who are covered by this Agreement shall be paid the following minimum hourly rates as of the dates set forth below.

Effective June 1, 2015:

The starting rate for new hires will be $9.50 per hour.

Employees with one (1) year of service to five (5) years of service shall receive thirty five cents ($.35) per hour increase across the board.

Employees with five (5) years of service to ten (10) years of service shall receive forty five cents ($.45) per hour increase across the board.

Employees with ten (10) years of service or more shall receive fifty five cents ($.55) per hour increase across the board.

Effective June 1, 2016:

All employees shall receive forty cents ($.40) per hour increase across the board.

Effective June 1, 2017:

All employees shall receive forty cents ($.40) per hour increase across the board.

Effective June 1, 2018:

All employees shall receive thirty five cents ($.35) per hour increase across the board.

Effective June 1, 2019:

All employees shall receive thirty five cents ($.35) per hour increase across the board.

2.    Minimum Wage Increases. If the state or federal minimum wage increases above the rates included herein, the wage shall be adjusted to reflect the new minimum wage plus twenty five cents ($0.25).

3.    Shift Premium. There shall be a premium of fifty cents ($0.50) per hour for all employees working on the third shift with starting times between 10:00 p.m. and 3:00 a.m. Shift premium pay shall be in addition to the regular hourly rate of pay.

4.    Shuttle Drivers. Shuttle Drivers will receive one dollar and fifty cents ($1.50) per hour over the Parking Attendant Rate, when licensed by DMV as a Class "B" Driver and when a specific job assignment requires a class "B" license.

- 16 -

### APPENDIX B - MODIFICATIONS

1. Basis for Contract Modifications. The union agrees that certain contract modifications may be granted for the following reasons:

    A. When a UPEC member is bidding on a facility in competition with a non-union contractor;

    B. When a UPEC Member Firm is acquiring a non-union parking company; or

    C. When a UPEC Member Firm has some other difficult or extenuating conditions on a particular lot or union facility.

2. Prior Contract Modifications. All prior contract modifications and understandings between Local 911 and UPEC member firms shall remain in full force and effect during the term of this Agreement.

3. Procedure for Obtaining Modification. The procedure for requesting contract modifications after the effective date of this Agreement shall be as follows: The modification proposed by the company shall become effective three (3) business days following actual receipt by the union of a written memorandum describing the proposed modification, with a copy to the UPEC. Should the union object to all or any part of the proposed modifications, the parties shall immediately commence good faith negotiations in an effort to reach an agreement. If a good faith impasse is reached, the proposed modifications may be implemented by the company.

4. Transfer Rights. Senior employees will be given transfer rights on such exempt lots and locations to non-exempt lots and locations.